WASHINGTON AND VANDEMERE RAILROAD COMPANY v. RALEIGH AND PAMLICO SOUND RAILROAD COMPANY.

*Small & McLean* and *Murray Allen* for plaintiff.
*Bragaw & Harding* for defendant.

PER CURIAM. It appearing to the Court from the record in this case that there is at present no irreparable injury and no immediate conflict between the plaintiff and the defendant at the crossing mentioned in the pleadings, and that the plaintiff's road is not yet constructed, the judgment refusing the injunction at this time is affirmed, without prejudice to the plaintiff's right to renew the motion in the Superior Court.

Affirmed.